IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL E. MANCINI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-963 |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | |

CIVIL JUDGMENT

Before the Honorable Juan R. Sánchez,

AND NOW, this 20th day of January, 2015, in accordance with the verdict of the jury, it is ORDERED that Judgment be and the same is hereby entered in favor of Plaintiff Jill E. Mancini as to interrogatories one, two as to Northampton County only, three, four, and eight. Judgment is to be entered in favor of Defendants John Brown and Victor Scomillio only as to interrogatory two, and in favor of all Defendants as to interrogatory five. Actual damages in the amount of $94,232.00 are to be awarded to the Plaintiff.

BY THE COURT

ATTEST:

/s/ Stacy Wertz_____
Stacy Wertz
Deputy Clerk to the
Honorable Juan R. Sánchez