IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL E. MANCINI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-963 |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | |

## **ORDER**

AND NOW, this 26th day of June, 2015, upon consideration of the parties' post-verdict motions and following an oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Northampton County's Post-Trial Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial (Document 68) is DENIED. It is further ORDERED Plaintiff Jill E. Mancini's Motion for a New Trial (Document 69) is DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.