UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-2790
No. 15-2873
No. 15-3012

JILL E. MANCINI,
Appellant in No. 15-2873

v.

NORTHAMPTON COUNTY; JOHN BROWN, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; VICTOR E. SCOMILLIO, IN HIS INDIVIDUAL
AND OFFICAL CAPACITY

Northampton County,
Appellant in Nos. 15-2790 and 15-3012

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-14-cv-00963)
District Judge: Honorable Juan R. Sánchez

Argued: March 14, 2016

Before: FUENTES, CHAGARES, and RESTREPO, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from the United States District Court

for the Eastern District of Pennsylvania and was argued on March 14, 2016.

On consideration whereof, it is hereby ORDERED and ADJUDGED that the orders of the District Court dated June 26, 2015 and July 28, 2015 are AFFIRMED; and the cross-appeal of Jill E. Mancini is dismissed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: September 9, 2016



Certified as a true copy and issued in lieu of a formal mandate on October 3, 2016

Teste: Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**

Pursuant to the Court's order entered 10/6/16
additional costs taxed as follows:
Attorneys fees are awarded in favor of Appellee/Cross
Appellant in the amount of $31,433.15.



Certified as a true copy and issued in lieu of a formal mandate on October 6, 2016 (Amended Mandate)

Teste: Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**